# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-663-305**

Effective date of registration:

February 4, 2013

## Title
- **Title of Work:** THE NECESSARY DEATH OF CHARLIE COUNTRYMAN
- **Nature of Work:** MOTION PICTURE

## Completion/Publication
- **Year of Completion:** 2013

## Author
- **Author:** COUNTRYMAN NEVADA, LLC
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Anonymous:** No
- **Pseudonymous:** No

## Copyright claimant
- **Copyright Claimant:** COUNTRYMAN NEVADA, LLC
  6422 DEEP DELL PLACE, LOS ANGELES, CA, 90068

## Limitation of copyright claim
- **Material excluded from this claim:** A SCREENPLAY
- **Previously registered:** Yes
- **Previous registration and year:** TXu 1-808-502   2012
- **New material included in claim:** ADDED PRINCIPAL PHOTOGRAPHY, MUSIC, SOUND AND VISUAL EFFECTS, DIALOGUE, ETC

## Certification
- **Name:** NICOLAS CHARTIER
- **Date:** January 23, 2013

# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 67.165.169.60 | 12/31/13 10:50:23 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Orland Park |
| 2 | 98.226.62.240 | 12/31/13 06:04:45 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Naperville |
| 3 | 50.172.160.235 | 12/31/13 10:40:25 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Dekalb |
| 4 | 173.161.106.90 | 12/31/13 02:06:47 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Business Communications | Illinois | Flossmoor |
| 5 | 67.176.246.126 | 12/30/13 11:34:12 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 6 | 24.192.225.146 | 12/30/13 08:07:47 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | WideOpenWest | Illinois | Glenview |
| 7 | 98.228.113.251 | 12/28/13 08:00:49 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Rockford |
| 8 | 67.167.230.179 | 12/25/13 02:18:26 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Northbrook |
| 9 | 74.199.42.3 | 12/25/13 01:02:56 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | WideOpenWest | Illinois | Park Ridge |
| 10 | 50.179.173.163 | 12/23/13 03:15:18 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 11 | 98.213.112.154 | 12/22/13 09:32:58 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Belvidere |
| 12 | 173.87.213.184 | 12/22/13 03:05:11 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Frontier Communications | Illinois | Morrison |
| 13 | 24.12.140.135 | 12/20/13 06:24:25 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 14 | 24.15.25.246 | 12/20/13 11:49:32 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago Heights |
| 15 | 98.228.2.215 | 12/20/13 10:46:22 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago Heights |
| 16 | 50.158.95.187 | 12/18/13 08:14:17 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Rockford |
| 17 | 68.115.16.20 | 12/18/13 12:54:09 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Charter Communications | Illinois | Roscoe |
| 18 | 67.175.40.238 | 12/17/13 04:02:46 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Machesney Park |
| 19 | 50.158.8.34 | 12/17/13 03:53:34 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 20 | 69.47.85.27 | 12/16/13 08:36:18 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | WideOpenWest | Illinois | Arlington Heights |
| 21 | 50.172.146.197 | 12/16/13 05:15:09 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 22 | 50.179.100.236 | 12/16/13 02:32:02 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Lake Forest |
| 23 | 98.227.40.100 | 12/16/13 01:52:13 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Tinley Park |
| 24 | 98.193.88.125 | 12/16/13 01:51:45 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 25 | 50.151.217.90 | 12/15/13 12:36:36 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Des Plaines |
| 26 | 76.29.44.221 | 12/14/13 07:21:12 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 27 | 71.239.169.199 | 12/13/13 03:50:27 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 28 | 76.29.0.7 | 12/11/13 05:06:09 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Downers Grove |
| 29 | 71.57.46.179 | 12/11/13 02:22:24 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 30 | 50.151.67.83 | 12/11/13 12:37:26 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 31 | 50.140.146.128 | 12/10/13 11:42:10 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 32 | 71.194.133.245 | 12/10/13 01:38:23 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Chicago |
| 33 | 50.165.239.145 | 12/9/13 11:53:37 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Glenview Nas |
| 34 | 24.14.121.193 | 12/9/13 04:22:29 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Lombard |
| 35 | 50.77.133.193 | 12/8/13 09:14:36 PM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Business Communications | Illinois | Bensenville |
| 36 | 98.212.179.16 | 11/23/13 02:09:24 AM | Charlie Countryman [2013] HDRip XViD-ETRG | SHA1: E474691C2BD7EF89B8225753D0E322F5F766FB1F | Comcast Cable | Illinois | Gurnee |