## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Countryman Nevada, LLC

                        Plaintiff,

v.                                                      Case No.: 1:14–cv–01386
                                                        Honorable Virginia M. Kendall

Does 1–36

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 20, 2014:

      MINUTE entry before the Honorable Virginia M. Kendall:MOTION by Plaintiff Countryman Nevada, LLC for discovery *Motion for Leave to Take Discovery Prior to Rule 26(f) Conference*[7] is granted. Motion hearing set for 3/24/2014 on this motion is hereby stricken. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.